STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HILLARY IRVIN (MDBN 1712130257)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 912-6522
    Hillary.Irvin@usdoj.gov

Attorneys for United States of America

**FILED**

Feb 01 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-MJ-71520-MAG |
|     Plaintiff, | [~~PROPOSED~~] **DETENTION ORDER** |
|    v. | |
| CARLOS CRUZ-MEDINA, also known as MARVIN ALEXANDER RODRIGUEZ FLORES, | |
|     Defendants. | |

On January 18, 2023, the defendant Carlos Cruz-Medina, also known as Marvin Alexander Rodriguez Flores, made an initial appearance on the complaint charged in the above-captioned case. The government moved for the defendant's pre-trial detention.

The Court held a detention hearing on January 25, 2023. The defendant was present and represented by Assistant Public Defender Elizabeth Falk. Assistant United States Attorney Hillary T. Irvin appeared for the government. Both counsel for the government and counsel for the defendant submitted proffers and arguments regarding detention.

Upon consideration of the facts and arguments presented, and for the reasons stated on the record, the Court finds that the government met its burden to prove by a preponderance of the evidence that the defendant is a risk of flight and that there are no conditions of release that will reasonably assure

1  his appearance.  Accordingly, the defendant must be detained pending resolution in this matter.

2        The present order supplements the Court's findings and order at the detention hearing and serves
3  as written findings of fact and a statement of reasons as required by Title 18, United States Code,
4  Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its
5  conclusion:  the defendant has minimal ties to the Northern District of California; he has substantial
6  family ties to Honduras, his native country and where he is a citizen; according to the bail report, the
7  defendant was not forthcoming with Pre-trial Services about any address he has resided at while in the
8  United States; and the defendant is facing a potentially lengthy sentence in the event of conviction.  He
9  therefore has an incentive to flee, a place to go, and little keeping him here.  This finding is made
10 without prejudice to the defendant's right to seek review of defendant's detention or file a motion for
11 reconsideration if circumstances warrant it.

12       Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

13       1.    The defendant be, and hereby is, committed to the custody of the Attorney General for
14 confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving
15 sentences or being held in custody pending appeal;

16       2.    The defendant be afforded reasonable opportunity for private consultation with counsel;
17 and

18       3.    On order of a court of the United States or on request of an attorney for the government,
19 the person in charge of the corrections facility in which the defendant is confined shall deliver the
20 defendant to an authorized United States Marshal for the purpose of any appearance in connection with a
21 court proceeding.

22       IT IS SO ORDERED.

24 DATED: January 30, 2023

                                            HONORABLE THOMAS S. HIXSON
                                            United States Magistrate Judge